IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

345th Judicial District Court of Travis County, Texas; D-1-GN-25-002212; Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P., Minors v. Austin Montessori School, Inc., Ronald Grae Baker, Individually, and Jinny Gonzalez, Individually.

2. Was jury demand made in State Court?   ☒ Yes   ☐ No

If yes, by which party and on what date?

Plaintiffs                                         03/28/2025
Party Name                                         Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

PLAINTIFFS: ROSS PONDER & SARAH PONDER, Indiv., & AS NEXT FRIEND OF H.P., L.P., &R.P., MINORS. Plf. attry: Amy C. Welborn, WELBORN LAW LLC, 8712 Mesa Suite, B206, Austin, TX 78759, 512-825-3390. DEFENDANTS: AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, Indiv.; & JINNY GONZALEZ, Indiv. Defs Attrys: Elizabeth Angelone, Randee Hobbs; Schulman, Lopez, Hoffer & Adelstein, LLP, 9011 Mountain Ridge Dr., Ste. 210, Austin, TX 78759, 512-840-0022

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

3.  List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.  List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION:**

| | |
|---|---|
| Elizabeth Angelone & Randee Hobbs | 12/08/2025 |
| Attorney for Removing Party | Date |

Defendants

Party/Parties

(NOTE: Additional comment space is available on page 3)

[Reset all fields]   [Print Form]

**ADDITIONAL COMMENTS (As necessary):**