# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>    *Plaintiffs,* § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>    *Defendants.* § | CIVIL ACTION NO. 1:25-cv-02020 |

## AMENDED CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL

The undersigned counsel hereby amends the prior certification of service contained in the Notice of Removal and certifies that a true and correct copy of the Notice of Removal, together with all attachments thereto filed in the United States District Court (Dkt. 1), was served on all counsel of record via email on December 10, 2025. This amended certification is filed to correct a technical or clerical error in the original filing regarding service on counsel.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**
Travis Building
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
Telephone: 512-840-0022
Facsimile: 210-538-5384

By: */s/ Elizabeth Angelone*
**ELIZABETH ANGELONE**
State Bar No. 24077349
Email: eanglone@slh-law.com
**RANDEE J. HOBBS**
State Bar No. 24131772
Email: rhobbs@slh-law.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the counsel of record in this proceeding on December 11, 2025, as follows:

Amy C. Welborn
WELBORN LAW LLC
8712 Mesa Suite B206
Austin, Texas 78759
amy@welborn-law.com

>*/s/ Elizabeth Angelone*
>Attorney for Defendants