# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ROSS PONDER AND SARAH PONDER,<br>INDIVIDUALLY, AND AS NEXT FRIEND OF<br>H.P., L.P., and R.P., MINORS | § § § § | |
| v. | § § | Civil No. 1:25-cv-02020-ADA-SH |
| AUSTIN MONTESSORI SCHOOL, INC.;<br>RONALD GRAE BAKER, INDIVIDUALLY; and<br>JINNY GONZALEZ, INDIVIDUALLY | § | |

## <u>O R D E R</u>

The above captioned cause, having been removed to this Court on December 9, 2025 from the 345th Judicial District Court of Travis County, TX, D-1-GN-25-002212 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 12th day of December 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE