UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>   *Plaintiffs,* § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>   *Defendants.* § | CIVIL ACTION NO. 1:25-cv-02020 ADA |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Notice of Removal, together with all attachments thereto filed in the United States District Court (Dkt. 1), was served on all counsel of record via email on December 10, 2025. Additionally, service of Dkt. 1 and all attachments was served on counsel for Plaintiffs via certified mail on December 11, 2025 (CMRRR No. 9589 0710 5270 0706 0249 32).

Respectfully submitted,

**SCHULMAN, LOPEZ,**
**HOFFER & ADELSTEIN, LLP**
Travis Building
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
Telephone:   512-840-0022
Facsimile:    210-538-5384

By: */s/ **Randee J. Hobbs***
ELIZABETH ANGELONE
State Bar No. 24077349
Email: eanglone@slh-law.com
RANDEE J. HOBBS
State Bar No. 24131772
Email: rhobbs@slh-law.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

On December 12, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas. I hereby certify that I have served the document on all counsel of record in a manner authorized by the Federal Rules of Civil Procedure.

*/s/* ***Randee J. Hobbs***
Attorney for Defendants