UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § | |
| INDIVIDUALLY, AND AS NEXT FRIEND § | |
| OF H.P., L.P., and R.P., MINORS, § | |
|     Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:25-cv-02020 ADA-SH |
| § | |
| AUSTIN MONTESSORI SCHOOL, INC.; § | |
| RONALD GRAE BAKER, INDIVIDUALLY; § | |
| and JINNY GONZALEZ, INDIVIDUALLY, § | |
|     Defendants. § | |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE PLAINTIFFS' FOURTH AMENDED COMPLAINT**

COMEN NOW Plaintiffs, Ross Ponder and Sarah Ponder, Individually and as Next Friend of H.P., a minor ("Ponders" or "Plaintiff"), make and file this their Agreed Motion to file their Fourth Amended Complaint against Defendant Austin Montessori School, Inc.("AMS"), Grae Baker ("Baker"), and Jinny Gonzalez ("Gonzalez") (collectively "Defendants") and show the Court as follows:

**I. BACKGROUND**

1. Plaintiffs filed suit in State Court. Defendants removed the case to Federal Court. Parties agreed that if certain causes of action were dropped, the case could be remanded. The case was remanded. Upon responding to Defendants Special Exceptions in state court, Plaintiffs accidentally added a cause of action that they had agreed to drop. Instead of calling counsel for Plaintiffs, Defendants counsel removed the case to Federal Court.

2. The removal was filed in Federal Court but Plaintiffs did not receive notice because Defendants counsel, knowing Plaintiffs were represented, filed the removal stating that the Plaintiffs were pro se.

3. Upon learning of the error and before the Notice of Removal was filed in State Court, the petition was amended to remove the claim that was accidently added when adding the facts section from a former complaint.

4. Defendants counsel now has also demanded that any reference to the word 504 be removed from the complaint. As such, to comply with the demands of defense counsel, an amended Petition was filed removing the words 504 and any statements about accommodations from the petition.

5. However, after this was done, defense counsel provided notice of the removal to Plaintiff counsel. As such, they must now seek leave of the court to file the Complaint as demanded by defense counsel.

## II. AGREEMENT

6. Defendants have agreed to the Motion to Amended to file the Fourth Amended Complaint.

## III. ARGUMENT

7. Good cause exists to amend. Defense counsel has specifically requested to remove a factual reference to a request for 504, as defense counsel states hat it is confusing and must be removed so it is clear that the retaliation cause of action is not related to this request but is related to the actions taken by Defendants after Plaintiffs made a complaint to Texas Health an Human Services Commission.

8. Federal Rule of Civil Procedure 15(a)(2) governs the amendment of pleadings and provides that "[t]he court should freely give leave when justice so requires." *Fed. R. Civ. P. 15(a)(2)*. The Supreme Court has interpreted this rule liberally, instructing that leave to amend should be granted in the absence of factors such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party... [or] futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

9. The Fifth Circuit has held that prejudice is the "touchstone of the inquiry under Rule 15(a)." *Lowrey v. Tex. A & M Univ. Sys.*, 117 F.3d 242, 246 (5th Cir. 1997). Here, no such prejudice exists. The case is in its early stages, and discovery has just begun. Further, the complaint removes a factual sentence that Plaintiffs' counsel stated was confusing. The Amended Petition makes it clear that there are no claims alleged regarding 504 accommodations and that Plaintiffs have and continue to attempt to uphold the agreement between the parties. The Defendant will have ample opportunity to respond to the Amended Complaint.

10. Attached as Exhibit B is the Proposed Fourth Amended Complaint.

11. Attached as Exhibit C is the redline showing the changes.

## X.   PRAYER

WHEREFORE, Plaintiffs pray that their Motion for Leave be granted, and for any further relief to which Plaintiffs may show themselves justly entitled in law or equity.

Respectfully submitted,

**WELBORN LAW LLC**
1100 West Ave.
Austin, Texas 78701
Telephone: (512) 825-3390

By: */s/ Amy C. Welborn*
Amy C. Welborn
State Bar No. 24012853
amy@welborn-law.com

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has on counsel for all parties via the electronic service of the CMECF efile system.

Chris Schultz
Elizabeth Angelone
Randee Hobbs
SCHULMAN, LOPEZ, HOFFER, & ADELSTEIN LLP
9011 Mountain Ridge Dr. #210
Austin, TX 78759
cschulz@slh-law.com
eangelone@slh-law.com
rhobbs@slh-law.com

*/s/ Amy Welborn*
Amy Welborn

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendants do not oppose this Motion.  A copy of the correspondence with Defendants Counsel is attached as Exhibit A.

*/s/ Amy Welborn*
Amy Welborn