# Exhibit A

Welborn, Amy <amy@welborn-law.com>

## Re: Ponder

**Elizabeth Angelone** <eangelone@slh-law.com>   Fri, Dec 12, 2025 at 12:14 PM
To: "Welborn, Amy" <amy@welborn-law.com>, Chris Schulz <cschulz@slh-law.com>, Taylor Norman <tnorman@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>
Cc: Kim Chambers <kim@welborn-law.com>, Jacqueline Hello <jacqueline@welborn-law.com>, Jennifer Van Gorder <jennifer@welborn-law.com>

Amy, I'm heading out, but we do not oppose you filing the state-court Fourth Amended Petition in federal court.

Best regards,

Elizabeth Angelone
Partner



9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
(512) 840-0022 [Austin]
(210) 538-5385 [San Antonio]
(210) 538-5384 [Facsimile]
eangelone@slh-law.com
http://www.slh-law.com

**Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** Welborn, Amy <amy@welborn-law.com>
**Date:** Friday, December 12, 2025 at 12:02 PM
**To:** Elizabeth Angelone <eangelone@slh-law.com>, Chris Schulz <cschulz@slh-law.com>, Taylor Norman <tnorman@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>
**Cc:** Kim Chambers <kim@welborn-law.com>, Jacqueline Hello <jacqueline@welborn-law.com>, Jennifer Van Gorder <jennifer@welborn-law.com>
**Subject:** Ponder

Elizabeth,

Enclosed please find the petition we filed with the state court. I have searched it and have had all my staff search it for what your alleged 504 claims. Please let me know where they are.

Also, I would think it would be appropriate for you to add me as counsel to the federal court filings. My client is not and has NEVER been pro se, regardless of what you have alleged to the court. And please let me know why you believe that they are pro se?

Please let me know if you will agree to a Motion to Amend so that we can file this in the Federal Court.

Also, I request that you cc my staff on emails.

Amy



Amy Welborn, Managing Partner
Welborn Law LLC
1100 West
Austin, Texas 78701
direct- 512.825.3390
amy@welborn-law.com

  

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.