

| | |
|---|---|
| **845 P**ROTON **R**D<br>**S**AN **A**NTONIO**, T**EXAS **78258**<br>**T**ELEPHONE**: (210) 538-5385   F**ACSIMILE**: (210) 538-5384**<br>WWW.SLH-LAW.COM & WWW.K12LAW.COM | **R**ANDEE **H**OBBS<br>rhobbs@slh-law.com |

ATTORNEYS AND COUNSELORS FOR TEXAS PUBLIC SCHOOLS AND LOCAL GOVERNMENT

December 22, 2025

*Via CM/ECF:*
Honorable Judge Albright
Western District of Texas

Amy Welborn
Welborn Law LLC
1100 West
Austin, Texas 78701
amy@welborn-law.com

**RE:   Case No.: 1:25-cv-02020-ADA-SH;** *Ponder et al v. Austin Montessori School, Inc. et al.*, **In the United States District Court for the Western District of Texas, Austin Division**

Dear Court,

    Defendants do not agree with Plaintiffs' motion, oppose the substance of the motion, and will submit a Response in Opposition to address and correct factual inaccuracies contained in Plaintiffs' motion. We anticipate doing so on or before the deadline established under Local Rule CV-7(d) (within 14 days or January 5, 2026).

Cordially,

**S**CHULMAN**, L**OPEZ**,**
**H**OFFER **& A**DELSTEIN**, LLP**

*[signature]*

Randee Hobbs

---

*Schulman, Lopez, Hoffer & Adelstein, LLP—Trusted advisers and advocates for Texas independent school districts, charter schools and local governments offering accessible, responsive legal representation to our clients.*