# EXHIBIT D

**Taylor Norman** <tnorman@slh-law.com>
Cause No. 1:25-cv-02020 | Notice of Removal
Wed, 10 Dec 2025 21:37:26 +0000
To: "Welborn, Amy" <amy@welborn-law.com>
Cc: Elizabeth Angelone <eangelone@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>

Good afternoon Ms. Welborn,

Attached please find the Notice of Removal that was filed in the Federal Court. I apologize for the oversight, as it appears there was a technical error on my end and CM/ECF did not take when I added you into the system.


Best regards,


*Taylor Norman*

Paralegal
Schulman, Lopez, Hoffer & Adelstein, LLP
Https://www.slh-law.com

1017 Heights Blvd.
Houston, Texas 77008
346-802-2133 [office]
210-538-5384 [fax]

signature_577660358



The information contained in this transmission and any attachments hereto is privileged and/or confidential information intended solely for the use of the individual(s) named above.  If the reader of this message is not an intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

IRS CIRCULAR 230 NOTICE: *To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law.*