# EXHIBIT F

**Subject:** Civil Cause No. 1:25-cv-02020
**Date:** Thursday, December 11, 2025 at 4:13:18 PM Central Standard Time
**From:** Taylor Norman
**To:** Welborn, Amy
**CC:** Elizabeth Angelone, Randee Hobbs
**Attachments:** image001[13].png, Doc 2 Amended Certificate of Service.pdf

Good afternoon Ms. Welborn,

Please note that CM/ECF has been down all day and is just now back to working order, but please find the attached Amended Certificate of Service, which was filed in the Federal Court matter moments ago.  Due to the clerical error that occurred with your client being listed as pro se, and the need for a notice of appearance on your behalf, I was unable to service this via CM/ECF but am providing it immediately after the filing of the attached.

Best regards,


*Taylor Norman*

Paralegal
Schulman, Lopez, Hoffer & Adelstein, LLP
Https://www.slh-law.com

1017 Heights Blvd.
Houston, Texas 77008
346-802-2133 [office]
210-538-5384 [fax]



The information contained in this transmission and any attachments hereto is privileged and/or confidential information intended solely for the use of the individual(s) named above.  If the reader of this message is not an intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

IRS CIRCULAR 230 NOTICE: *To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law.*