# EXHIBIT G

**Elizabeth Angelone** <eangelone@slh-law.com>

Re: Notification of Service for Case: D-1-GN-25-002212, ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ for filing Amended Filing, Envelope Number: 108954770

Wed, 10 Dec 2025 22:05:53 +0000

To: "Welborn, Amy" <amy@welborn-law.com>

Cc: Randee Hobbs <rhobbs@slh-law.com>, Taylor Norman <tnorman@slh-law.com>, Chris Schulz <cschulz@slh-law.com>

Amy,

While the "Causes of Action" section of the Ponders' third amended petition omits formal claims for Section 504 violations and retaliation, several paragraphs within the factual allegations section of the body continue to explicitly assert those claims. Specifically, language in the body still states that, for example, "AMS retaliated for when the Ponders requested ADHD accommodations under 504…"  As you are aware, courts look to the substance of the allegations over form or labels. If the intent is to completely drop those federal claims from the lawsuit, the body of the petition needs to be amended to remove every reference/inference to 504 issues or retaliation claims.  Please let me know whether you will be amending the petition.

Best regards,

Elizabeth Angelone
Partner



signature_187568941

9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
(512) 840-0022 [Austin]
(210) 538-5385 [San Antonio]
(210) 538-5384 [Facsimile]
eangelone@slh-law.com
http://www.slh-law.com

**Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby

notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>
**Date:** Wednesday, December 10, 2025 at 3:46 PM
**To:** Elizabeth Angelone <eangelone@slh-law.com>
**Subject:** Notification of Service for Case: D-1-GN-25-002212, ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ for filing Amended Filing, Envelope Number: 108954770



# Notification of Service

Case Number: D-1-GN-25-002212
Case Style: ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ
Envelope Number: 108954770

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

**Filing Details**

| | |
|---|---|
| **Case Number** | D-1-GN-25-002212 |
| **Case Style** | ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ |
| **Date/Time Submitted** | 12/10/2025 3:46 PM CST |
| **Filing Type** | Amended Filing |
| **Filing Description** | PLAINTIFF???S THIRD AMENDED PETITION |
| **Filed By** | Amy Welborn |
| | Other Service Contacts not associated with a party on the case: |
| | Christopher Schulz (cschulz@slh-law.com) |
| | Taylor Norman (tnorman@slh-law.com) |
| | Elizabeth Angelone (eangelone@slh-law.com) |
| | Phylicia McClain (pmcclain@slh-law.com) |

| | |
|---|---|
| **Service Contacts** | Amy Welborn (amy@welborn-law.com) |
| | Randee Hobbs (rhobbs@slh-law.com) |
| | Kim Chambers (kim@welborn-law.com) |
| | Jacqueline Hello (jacqueline@welborn-law.com) |
| | Jennifer Van Gorder (jennifer@welborn-law.com) |
| | Amy Welborn (amy@welborn-law.com) |
| | Amy Welborn (amy@welborn-law.com) |
| | Chris Schulz (cschulz@slh-law.com) |

**Document Details**

**Served Document**   [Download Document](#)

This link is active for 45 days. To access this document, you will be required to enter your email address. Click [here](#) for more information.

If you would like to remove yourself as a Service Contact from this Filing, please click [here](#) for instructions on how to do so.