# EXHIBIT H

| | |
|---|---|
| **Subject:** | Re: Civil Cause No. 1:25-cv-02020 |
| **Date:** | Thursday, December 11, 2025 at 5:18:27 PM Central Standard Time |
| **From:** | Elizabeth Angelone |
| **To:** | Taylor Norman, Welborn, Amy |
| **CC:** | Randee Hobbs |
| **Attachments:** | image001[13].png, image001.png |

Ms. Welborn,

I assume that your continued filing in state court means that you are not accepting email service of the federal court filings. Therefore, the federal filings have been sent to you via other means in compliance with FRCP 5.

Best regards,

Elizabeth Angelone
Partner



9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
(512) 840-0022 [Austin]
(210) 538-5385 [San Antonio]
(210) 538-5384 [Facsimile]
eangelone@slh-law.com
http://www.slh-law.com

**Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** Taylor Norman <tnorman@slh-law.com>
**Date:** Thursday, December 11, 2025 at 4:13 PM
**To:** Welborn, Amy <amy@welborn-law.com>

**Cc:** Elizabeth Angelone <eangelone@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>
**Subject:** Civil Cause No. 1:25-cv-02020

Good afternoon Ms. Welborn,

Please note that CM/ECF has been down all day and is just now back to working order, but please find the attached Amended Certificate of Service, which was filed in the Federal Court matter moments ago. Due to the clerical error that occurred with your client being listed as pro se, and the need for a notice of appearance on your behalf, I was unable to service this via CM/ECF but am providing it immediately after the filing of the attached.

Best regards,

*Taylor Norman*

Paralegal
Schulman, Lopez, Hoffer & Adelstein, LLP
Https://www.slh-law.com

1017 Heights Blvd.
Houston, Texas 77008
346-802-2133 [office]
210-538-5384 [fax]



The information contained in this transmission and any attachments hereto is privileged and/or
confidential information intended solely for the use of the individual(s) named above. If the reader of this message is
not an intended recipient, the reader is hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited.

IRS CIRCULAR 230 NOTICE: *To the extent that this message or any attachment concerns tax matters, it is
not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed
by law.*