# EXHIBIT J

| | |
|---|---|
| **Subject:** | Notification of Service for Case: D-1-GN-25-002212, ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ for filing Notice, Envelope Number: 108958876 |
| **Date:** | Wednesday, December 10, 2025 at 4:30:30 PM Central Standard Time |
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **To:** | Taylor Norman |



# Notification of Service

Case Number: D-1-GN-25-002212
Case Style: ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ
Envelope Number: 108958876

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this *article*.

| Filing Details ||
|---|---|
| **Case Number** | D-1-GN-25-002212 |
| **Case Style** | ROSS PONDER,SARAH PONDER VS. AUSTIN MONTESSORI SCHOOL, INC.,RONALD BAKER,JINNY GONZALEZ |
| **Date/Time Submitted** | 12/10/2025 4:27 PM CST |
| **Filing Type** | Notice |
| **Filing Description** | Notice of Removal |
| **Filed By** | Taylor Norman |
| **Service Contacts** | Other Service Contacts not associated with a party on the case:<br><br>Christopher Schulz (cschulz@slh-law.com)<br><br>Taylor Norman (tnorman@slh-law.com)<br><br>Elizabeth Angelone (eangelone@slh-law.com)<br><br>Phylicia McClain (pmcclain@slh-law.com)<br><br>Amy Welborn (amy@welborn-law.com)<br><br>Randee Hobbs (rhobbs@slh-law.com)<br><br>Kim Chambers (kim@welborn-law.com)<br><br>Jacqueline Hello (jacqueline@welborn-law.com)<br><br>Jennifer Van Gorder (jennifer@welborn-law.com)<br><br>Amy Welborn (amy@welborn-law.com)<br><br>Amy Welborn (amy@welborn-law.com) |

| | |
|---|---|
| | Chris Schulz (cschulz@slh-law.com) |

| **Document Details** ||
|---|---|
| **Served Document** | Download Document |
| This link is active for 45 days. To access this document, you will be required to enter your email address. Click here for more information. ||
| If you would like to remove yourself as a Service Contact from this Filing, please click here for instructions on how to do so. ||