# EXHIBIT A

| | |
|---|---|
| **Subject:** | Activity in Case 1:25-cv-02020 Ponder et al v. Austin Montessori School, Inc. et al Notice of Removal |
| **Date:** | Tuesday, December 9, 2025 at 7:23:52 PM Central Standard Time |
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **To:** | cmecf_notices@txwd.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered by Angelone, Elizabeth on 12/9/2025 at 7:22 PM CST and filed on 12/9/2025

| | |
|---|---|
| **Case Name:** | Ponder et al v. Austin Montessori School, Inc. et al |
| **Case Number:** | 1:25-cv-02020 |
| **Filer:** | Ronald Grae Baker |
| | Austin Montessori School, Inc. |
| | Jinny Gonzalez |
| **Document Number:** | 1 |

**Docket Text:**
**NOTICE OF REMOVAL by Ronald Grae Baker, Austin Montessori School, Inc., Jinny Gonzalez (Filing fee $405 receipt number ATXWDC-21078304), filed by Ronald Grae Baker, Austin Montessori School, Inc., Jinny Gonzalez. (Attachments: # (1) Civil Cover Sheet, # (2) Civil Cover Sheet, # (3) Exhibit Exhibit A, # (4) Exhibit Exhibit B, # (5) Exhibit Exhibit C, # (6) Exhibit Exhibit D)(Angelone, Elizabeth)**


**1:25-cv-02020 Notice has been electronically mailed to:**

Elizabeth Ann Angelone    eangelone@slh-law.com, Tnorman@slh-law.com

**1:25-cv-02020 Notice has been delivered by other means to:**

Ross Ponder

Sarah Ponder

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-0] [4177d555f45f11d49f8070e78a64cb52a17cd8e27e397f1c34cc8201bb134727285b8bc655a718bb0534f824c8e98b49d342b9d156c35d80f0d1cf6ced063d8e]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-1] [a41b4f9dc98f359311f021a32c7e8f8c8457de8ae8fa67de6b1dbc34d98a9ce36196d854a7d86cdb69bbe4195046e400c81843f004976fbd17e8b922e06b35e7]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-2] [65c429e768d0b7b5281cca45699263ef1846b6a7c0440d06d41e49f6b45636920a59bad20a3236a63d471019d0f63c159e71681209d95ad160fe85ee25943879]]
**Document description:**Exhibit Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-3] [3697b9971944c54973a1aaa13d75c035cc362e14f9e2831e883cefda7aabc74b016a0e23e20a6cff2c7afafcb73815fe204750287e4298e123d52d7703b5b9c6]]
**Document description:**Exhibit Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-4] [4b2573d44e4bdf8b8cb388e0be22df3426763592cba27d2deded061d8236d09a39727b9e9b2f3927854635dafe490414132be79ecb7896aecce823f32bc959af]]
**Document description:**Exhibit Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-5] [7cf7938098b473f24ecdef04327bfde1e291bf24304843a0b9dbd58624bfdca91c0817209ca25e8ef6c943580c54b0c9856c0f53db31ad124942efc619dfa049]]
**Document description:**Exhibit Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=12/9/2025] [FileNumber=33455859-6] [ac6f462bd94c862835f9c88abceef9338e518dcb5f0f0933a067b811d2f8d42270206a902191283213b41e800a23dc8f9b1aa18f61e55a865811e7d2b0bc5741]]