# EXHIBIT B

**From:** Welborn, Amy <amy@welborn-law.com>
**Date:** Wednesday, December 10, 2025 at 3:09 PM
**To:** Elizabeth Angelone <eangelone@slh-law.com>, Chris Schulz <cschulz@slh-law.com>
**Subject:** Ponder Filing

Did ypu file something and not serve me?  This is odd.  Also, we already had an agreement to remove it back to state court and I dismissed the causes as agreed.  Why would you violate our agreement and remove it again?

Please send me the filing ASAP.

Amy

 WELBORN LAW

Amy Welborn, Managing Partner
Welborn Law LLC
1100 West
Austin, Texas 78701
direct- 512.825.3390
[amy@welborn-law.com](mailto:amy@welborn-law.com)

  

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipient identified above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, copying, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.