# EXHIBIT C

**From:** Welborn, Amy <amy@welborn-law.com>
**Date:** Wednesday, December 10, 2025 at 3:23 PM
**To:** Elizabeth Angelone <eangelone@slh-law.com>, Chris Schulz <cschulz@slh-law.com>
**Subject:** Service

Who did you serve? Also, can you tell me when we spoke or discussed? Why would you decide to send it back when we had an agreement? That is not how I practice law. I would have expected a call and would expect to be served when you file something in court!

Amy



Amy Welborn, Managing Partner
Welborn Law LLC
1100 West
Austin, Texas 78701
direct- 512.825.3390
amy@welborn-law.com

  

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.