# EXHIBIT F

12/10/2025 4:27 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-002212
Jessica A. Limon

Cause No. D-1-GN-25-002212

| | | |
|---|---|---|
| **ROSS PONDER AND SARAH PONDER,** | § | **IN THE DISTRICT COURT** |
| **INDIVIDUALLY, AND AS NEXT FRIEND** | § | |
| **OF H.P., L.P., and R.P., MINORS,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | **TRAVIS COUNTY, TEXAS** |
| **VS.** | § | |
| | § | |
| **AUSTIN MONTESSORI SCHOOL, INC.;** | § | |
| **RONALD GRAE BAKER, INDIVIDUALLY;** | § | |
| **and JINNY GONZALEZ, INDIVIDUALLY,** | § | |
| *Defendants.* | § | **345ᵀᴴ DISTRICT COURT** |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendants in this action have, pursuant to federal law, filed with the Clerk of the United States Court for the Western District of Texas, Austin Division, a Notice of Removal, a copy of which is attached and filed with this Notice as Exhibit 1, and that this action is removed to the United States District Court for trial as of December 9, 2025.

This court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

(Signatures on following page)

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**

Travis Building
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
Telephone: 512-840-0022
Facsimile: 210-538-5384

By: */s/ Elizabeth Angelone*
**ELIZABETH ANGELONE**
State Bar No. 24077349
Email: eanglone@slh-law.com
**RANDEE J. HOBBS**
State Bar No. 24131772
Email: rhobbs@slh-law.com
**CHRISTOPHER SCHULZ**
State Bar No. 24060576
Email: cshulz@slh-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the counsel of record in this proceeding on December 10, 2025, as follows:

Amy C. Welborn
WELBORN LAW LLC
8712 Mesa Suite B206
Austin, Texas 78759
amy@welborn-law.com

*/s/ Elizabeth Angelone*
Attorney for Defendants