# EXHIBIT H



