# EXHIBIT J

**Subject:** Activity in Case 1:25-cv-02020-ADA Ponder et al v. Austin Montessori School, Inc. et al To be Referred to SA Mag Judge
**Date:** Friday, December 12, 2025 at 10:46:30 AM Central Standard Time
**From:** TXW_USDC_Notice@txwd.uscourts.gov
**To:** cmecf_notices@txwd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 12/12/2025 at 10:45 AM CST and filed on 12/9/2025
**Case Name:**     Ponder et al v. Austin Montessori School, Inc. et al
**Case Number:**   1:25-cv-02020-ADA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Hightower. (lme)**

**1:25-cv-02020-ADA Notice has been electronically mailed to:**

Amy Catherine Welborn        amy@welborn-law.com, chamki@msn.com, mssft123@yahoo.com

Elizabeth Ann Angelone       eangelone@slh-law.com, Tnorman@slh-law.com

Randee Hobbs     rhobbs@slh-law.com, tnorman@slh-law.com

**1:25-cv-02020-ADA Notice has been delivered by other means to:**