# EXHIBIT K

**From:** Elizabeth Angelone eangelone@slh-law.com
**Subject:** Re: Confer
**Date:** January 8, 2026 at 11:12 AM
**To:** Welborn, Amy  amy@welborn-law.com
**Cc:** Taylor Norman  tnorman@slh-law.com, Randee Hobbs  rhobbs@slh-law.com, Chris Schulz  cschulz@slh-law.com

Please provide the sentence number from Dkt. 7 that you took out from the proposed amendment.

Best regards,

Elizabeth Angelone
Partner



9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
(512) 840-0022 [Austin]
(210) 538-5385 [San Antonio]
(210) 538-5384 [Facsimile]
eangelone@slh-law.com
http://www.slh-law.com

**Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** Welborn, Amy <amy@welborn-law.com>
**Date:** Thursday, January 8, 2026 at 11:09 AM
**To:** Elizabeth Angelone <eangelone@slh-law.com>
**Cc:** Taylor Norman <tnorman@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>, Chris Schulz <cschulz@slh-law.com>
**Subject:** Re: Confer

It does have changes, it took out the sentence you were concerned about regarding 504.

I will let the Court know.  I also intend to file a Motion for Sanctions.

Amy



**WELBORN LAW**

Amy Welborn, Managing Partner
Welborn Law LLC
1100 West
Austin, Texas 78701
direct- 512.825.3390
amy@welborn-law.com

  

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

On Thu, Jan 8, 2026 at 10:28 AM Elizabeth Angelone <eangelone@slh-law.com> wrote:

> Amy,
>
> I haven't requested or demanded anything from you; I simply noted that you have already filed five amendments across both state and federal court. Because your most recent proposed amendment makes no substantive changes to the Fourth Amended Complaint (Dkt. 7) already filed and objected to, we are opposed.
>
>
> Best regards,
>
> Elizabeth Angelone
> Partner
>
> 
>
> 9011 Mountain Ridge Dr., Suite 210
> Austin, Texas 78759
> (512) 840-0022 [Austin]
> (210) 538-5385 [San Antonio]
> (210) 538-5384 [Facsimile]
> eangelone@slh-law.com
> http://www.slh-law.com
>
> **Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or

copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** Welborn, Amy <amy@welborn-law.com>
**Date:** Thursday, January 8, 2026 at 10:11 AM
**To:** Elizabeth Angelone <eangelone@slh-law.com>
**Cc:** Taylor Norman <tnorman@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>, Chris Schulz <cschulz@slh-law.com>
**Subject:** Re: Confer

No, I also changed the intro section to state it was the Fourth/Fifth since you stated it was the Fifth and I think it should be the Fourth. I want to make sure it does exactly what you have requested of me. We have ZERO intention of making a federal claim in this case. The claims are all state law claims related to breach of contract, fradulent inducement, negligence and negligence per se, etc. They are not related to 504, for the reasons discussed with Chris.

Amy



Amy Welborn, Managing Partner
Welborn Law LLC
1100 West
Austin, Texas 78701
direct- 512.825.3390
amy@welborn-law.com

  

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

On Thu, Jan 8, 2026 at 10:06 AM Elizabeth Angelone <eangelone@slh-law.com> wrote:

> Amy,
>
> After reviewing the proposed amendment, it appears the only changes from Dkt. 7-2 are to the numbering. If that's not correct, please let me know.
>
> Best regards,
>
> Elizabeth Angelone
> Partner



9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
(512) 840-0022 [Austin]
(210) 538-5385 [San Antonio]
(210) 538-5384 [Facsimile]
eangelone@slh-law.com
http://www.slh-law.com

**Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** Elizabeth Angelone <eangelone@slh-law.com>
**Date:** Thursday, January 8, 2026 at 8:21 AM
**To:** Welborn, Amy <amy@welborn-law.com>, Taylor Norman <tnorman@slh-law.com>, Randee Hobbs <rhobbs@slh-law.com>, Chris Schulz <cschulz@slh-law.com>
**Subject:** Re: Confer

Amy,
I will review this today and get back to you.


Best regards,

Elizabeth Angelone
Partner & Attorney at Law

Schulman, Lopez,
Hoffer & Adelstein, LLP
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
(512) 840-0022 [Austin]
(210) 538-5385 [San Antonio]
(210) 538-5384 [Facsimile]

eangelone@slh-law.com
http://www.slh-law.com

**Confidentiality Notice and Disclaimers:** This e-mail (including any attachments) may contain confidential or privileged information protected by law and is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail and delete the original message from your system. This communication does not constitute legal advice and does not create an attorney–client relationship. Pursuant to IRS Circular 230, any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing, or recommending any transaction or matter addressed herein.

**From:** Welborn, Amy <amy@welborn-law.com>
**Sent:** Wednesday, January 7, 2026 6:38:40 PM
**To:** Elizabeth Angelone <eangelone@slh-law.com>
**Subject:** Confer

Please allow this to serve as an attempt to confer to file waht you wpuld prefer to have called the 5th Amended Complaint. I will be filing a Motion for Leave to file this.  Please let me know if you agree,

Amy



Amy Welborn, Managing Partner
Welborn Law LLC
1100 West
Austin, Texas 78701
direct- 512.825.3390
amy@welborn-law.com

  

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.