# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>    *Plaintiffs,* § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>    *Defendants.* § | CIVIL ACTION NO. 1:25-cv-02020-ADA-SH |

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE AND FOR PROTECTIVE ORDER

Before the Court is Defendants Austin Montessori School, Inc., Ronald Grae Baker, and Jinny Gonzalez's Motion to Strike Improper Litigation Hold Letter and for Protective Order (the "Motion"). Having considered the Motion, the response, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

The Court finds that on or about January 15, 2026, Plaintiffs, through counsel, sent a litigation hold letter to non-party parents of Austin Montessori School after filing this action but before the entry of a scheduling order or discovery control order. The Court further finds that the communication was not authorized by the Federal Rules of Civil Procedure or any order of this Court and improperly sought to impose preservation and discovery-related obligations on non-parties outside the Court's supervision.

Accordingly, it is **ORDERED** that:

1. The litigation hold letter sent by Plaintiffs to non-party parents of Austin Montessori School is hereby **STRICKEN**;

2. Plaintiffs and Plaintiffs' counsel are **ENJOINED** from further communications with non-parties concerning preservation obligations, discovery, or litigation matters in this case except as permitted by the Federal Rules of Civil Procedure or by order of this Court;

1

3. Plaintiffs are **PROHIBITED** from using**,** directly or indirectly, any information obtained as a result of the improper litigation hold letter, including any information derived from such communications;

4. Defendants are **GRANTED LEAVE** to seek reasonable attorneys' fees and costs incurred in connection with this Motion by filing a motion within **[14] days** of the date of this Order.

**SO ORDERED.**

SIGNED this _____ day of _____**,** 2026.

_____