# EXHIBIT A

From: **Hello, Jacqueline** <jacqueline@welborn-law.com>
Date: Thu, Jan 15, 2026 at 4:33 PM
Subject: Litigation Hold Letter
To: ███████████████████

Enclosed please find correspondence sent on behalf of Amy Welborn. If you have any questions please feel free to contact us.

Best Regards,

Jacqueline Hello

Image

Jacqueline Hello, Paralegal
Welborn Law LLC
1100 West
Austin, Texas 78701
Direct: 512-923-9620
jacqueline@welborn-law.com