# EXHIBIT B



**WELBORN LAW**

Amy Welborn
WELBORN LAW LLC
1100 West Ave.
Austin, TX 78701
amy@welborn-law.com

<u>**SENT VIA EMAIL & US MAIL**</u>


January 15, 2026

RE: *Ross Ponder and Sarah Ponder Individually, and as next friend of H.P, L.P. and R.P., Minors v. Austin Montessori School, et. al.*

Dear Ms. J▮▮▮▮:

This letter is a formal demand to you individually for you to preserve all documents and information related to:

   (a) the above-referenced matter,
   (b) the Ponder children,
   (c) Ross and Sarah Ponder,
   (d) investigations by HHS,
   (e) putting children in bathrooms for reasons other than traditional bathroom uses,
   (f) refusing to give children access to water bottles,
   (g) preventing children from going outside,
   (h) not allowing children to finish eating a meal or snack,
   (i) punishment, including any type of discipline, separation, or withholding from play for more than 1 minute per year of age
   (j) treating, diagnosing, creating treatment plans, creating medical conditions,
   (k) the use of non-medically trained staff to diagnose or treat students,
   (l) Jinny Gonzalez's diagnosis or treatment of children,
   (m) expulsion policies
   (n) incident reports, or the specific lack thereof,
   (o) any references to Texas Human Resources Code § 42.04271, otherwise known as Kairo and the Kids Law,
   (p) attendance logs,
   (q) Retaliation and reputation risk,
   (r) Finances as it relates to staffing ratios,
   (s) regarding "elevated support" or similar policies & procedures,

(t)  regarding private, parent-run communications,
(u) the use of medication by students,
(v) changes to internal handbooks,
(w) internally developed trainings.

This would include all personal communications outside of Board communications.  We also ask that you preserve any discussions about providing medical treatment at Austin Montessori School, the practice of medicine by Jinny Gonzalez, the development of treatment plans by Jinny Gonzalez, and the diagnosis of "undeveloped will."

We have reason to believe that you personally may possess, have custody of, or control documents and information that are highly relevant to this lawsuit.  This notice requires you to immediately and continuously preserve all information, including electronically stored information (ESI), and documents that may be relevant to this matter. This obligation applies to all information in your possession, custody, or control, regardless of where it is stored.

Please allow this correspondence to serve as formal notice to you individually to preserve all documents relevant to this dispute.

We ask that you preserve all documents and information, including but not limited to:

- **Emails and other electronic communications:** This includes email, instant messages, text messages, voicemails, and social media posts.
- **Electronic files:** This includes documents created in Microsoft Word, Excel, PowerPoint, PDF files, and any other file types.
- **Text Message:** Any text messages between you and any other Board members, staff members of Austin Montessori School, or any other persons regarding the topics listed above.
- **Hard copy documents:** This includes all paper files, memos, notes, correspondence, calendars, and meeting minutes.
- **Any other information** that may be related to the topics listed above or that you feel may be relevant to the case at hand.

I will have enclosed the most recent filing that states the causes of action in this matter. If you have any questions or need any additional information, please feel free to contact me.

Very truly yours,

/s/ Amy Welborn

Amy Welborn

Enclosure