UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>     *Plaintiffs,* § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>     *Defendants.* § | CIVIL ACTION NO. 1:25-cv-02020-ADA-SH |

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' JURY DEMAND

Before the Court is Defendants' Motion to Strike Plaintiffs' Jury Demand. The Court has considered the motion, the record, and the applicable law. The Court finds that Plaintiffs knowingly, intelligently, and voluntarily waived their right to a jury trial by signing the parties' Enrollment Agreement, which contains a clear and unambiguous jury trial waiver.

Accordingly, it is hereby **ORDERED** that:

1. Defendants' Motion to Strike Plaintiffs' Jury Demand is **GRANTED**; and
2. Plaintiffs' demand for a jury trial is **STRICKEN**.

The case shall proceed as a bench trial.

**SO ORDERED** this _____ day of _____, 2026.

                                                                                                _____