

Welborn, Amy <amy@welborn-law.com>

## Re: Ponder v. AMS- Confer On three things
1 message

**Chris Schulz** <cschulz@slh-law.com>  
To: "Welborn, Amy" <amy@welborn-law.com>  
Cc: Taylor Norman <tnorman@slh-law.com>

Wed, Jun 11, 2025 at 10:33 AM

Yes

Christopher Schulz

Attorney at Law  
**Schulman, Lopez, Hoffer & Adelstein, LLP**  
http://www.slh-law.com  
9011 Mountain Ridge Drive #210

Austin, Texas 78759  
(512) 840-0022 [Austin]

(210) 538-5385 [San Antonio]

(512) 750-1238 [Cell]

(210) 538-5384 [Facsimile]

cschulz@slh-law.com

---

**From:** Welborn, Amy <amy@welborn-law.com>  
**Date:** Wednesday, June 11, 2025 at 10:33 AM  
**To:** Chris Schulz <cschulz@slh-law.com>  
**Cc:** Taylor Norman <tnorman@slh-law.com>  
**Subject:** Re: Ponder v. AMS- Confer On three things

Confirming you agree to:

1. The Motion for Leave to File Amended Complaint

2. Motion for Leave to file Amended Motion for Remand,

Do you also agree to the remand?

Thanks,

Amy

Image removed by sender.

Amy Welborn, Managing Partner

Welborn Law LLC

8127 Mesa, Suite B206

Austin, Texas 78759

512.825.3390

amy@welborn-law.com

**Error! Filename not specified.**

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

On Wed, Jun 11, 2025 at 9:59 AM Chris Schulz <cschulz@slh-law.com> wrote:

> Amy,
>
> We are fine with the amended complaint and remand based on no federal claims.  Thanks.
>
> Christopher Schulz
>
> Attorney at Law
> **Schulman, Lopez, Hoffer & Adelstein, LLP**
> http://www.slh-law.com
> 9011 Mountain Ridge Drive #210
>
> Austin, Texas 78759
> (512) 840-0022 [Austin]
>
> (210) 538-5385 [San Antonio]
>
> (512) 750-1238 [Cell]
>
> (210) 538-5384 [Facsimile]
>
> cschulz@slh-law.com
>
> ---
>
> **From:** Welborn, Amy <amy@welborn-law.com>
> **Date:** Tuesday, June 10, 2025 at 6:17 PM
> **To:** Chris Schulz <cschulz@slh-law.com>
> **Subject:** Re: Ponder v. AMS- Confer On three things
>
> Sorry here is the complaint.
>
> **Error! Filename not specified.**
>
> Amy Welborn, Managing Partner

Welborn Law LLC

8127 Mesa, Suite B206

Austin, Texas 78759

512.825.3390

amy@welborn-law.com

**Error! Filename not specified.**

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

On Tue, Jun 10, 2025 at 6:13 PM Welborn, Amy <amy@welborn-law.com> wrote:

> Enclosed please find the First Amended Complaint. We will be filing a Motion for Leave to file the Amended Complaint.  Please let me know if you oppose.
>
> Secondly, we will be filing a Motion for Leave to file an Amended Motion to Remand on the Basis that we have no Federal Claims.  let me know if you oppose..  Also let me know if you oppose the remand.
>
> Thanks,
>
> Amy
>
> **Error! Filename not specified.**
>
> Amy Welborn, Managing Partner
>
> Welborn Law LLC
>
> 8127 Mesa, Suite B206
>
> Austin, Texas 78759
>
> 512.825.3390
>
> amy@welborn-law.com
>
> **Error! Filename not specified.**
>
> This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.