# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>    *Plaintiffs,* § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>    *Defendants.* § | CIVIL ACTION NO. 1:25-cv-02020-ADA-SH |

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF DEADLINE TO FILE JOINT SCHEDULING ORDER AND RULE 26 (f) REPORT

COME NOW, Austin Montessori School, Inc., Ronald Grae Baker, Individually, and Jinny Gonzalez, Individually (collectively "Defendants"), who file this Unopposed Motion for Continuance of the Deadline to File the Joint Scheduling Order and Rule 26(f) Report and show the Court the following:

1. The counsel for Plaintiff and Defendants are continuing discussions regarding identified issues in the Rule 26 (f) Report and proposed scheduling order, and therefore require additional time to do so. The parties request that it be due February 18, 2026.

2. In the interest of the orderly prosecution of this action, good cause exists for extending the referenced deadlines. This Motion is not being sought for purposes of delay, but so that justice may be done in this matter. A continuance of the deadline to file the Joint Rule 26(f) Report and proposed scheduling order will neither prejudice nor cause undue harm to the interests of either party herein.

3.     Counsel for Plaintiff and Defendants conferred regarding the contents of this Motion through email exchanges on February 9, 2025, and Plaintiff's counsel noted her agreement to the requested continuance.

4.     **Prayer.** WHEREFORE, PREMISES CONSIDERED, Defendants respectfully prays that the Court grant the extensions requested herein and enter an Order resetting such deadlines.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**
Travis Building
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
Telephone: 512-840-0022
Facsimile:  210-538-5384

By: */s/ Elizabeth Angelone*
ELIZABETH ANGELONE
State Bar No. 24077349
Email: eangelone@slh-law.com
RANDEE HOBBS
State Bar No. 24131772
Email: rhobbs@slh-law.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF CONFERNECE**

Counsel for Plaintiff and Defendants conferred regarding the contents of this Motion through email exchanges on February 9, 2025, and Plaintiff's counsel noted her agreement to the requested continuance.

*/s/ Elizabeth Angelone*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2026, a true and correct copy of the foregoing document was served on all counsel of record by filing the same through the Court's CM/ECF system, which will send notification of such filing to all registered CM/ECF users as follows:

Amy C. Welborn
WELBORN LAW LLC
8712 Mesa Suite B206
Austin, Texas 78759
amy@welborn-law.com

                                               */s/ Elizabeth Angelone*