# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>*Plaintiffs,*<br><br>v.<br><br>AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY,<br>*Defendants.* | §§§§§§§§§§§ | CIVIL ACTION NO. 1:25-cv-02020-ADA-SH |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF DEADLINE TO FILE JOINT SCHEDULING ORDER AND RULE 26 (f) REPORT

Before the Court is Austin Montessori School, Inc., Ronald Grae Baker, Individually, and Jinny Gonzalez, Individually (collectively "Defendants"), Unopposed Motion for Continuance of the Deadline to File the Joint Scheduling Order and Rule 26(f) Report. Upon review, the Court **GRANTS** the same and continues the deadline to file the Joint Scheduling Order and Rule 26(f) Report to February 18, 2026.

SO ORDERED this _____ day of _____, 2026.

_____