**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>    Plaintiffs,<br><br>VS.<br><br>AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-cv-02020 ADA-SH |

### AMY WELBORN, WELBORN LAW, AND ROSE HARGRAVE, CM LAW'S MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Amy Welborn and Welborn Law and Rose Hargrave and CM Law for and files this Motion to Withdraw as Counsel, and in support thereof would respectfully show the Court the following:

### I. WITHDRAWAL OF COUNSEL

1. Amy Welborn and the law firm of Welborn Law and request that the Court enter an order permitting them to withdraw as attorney of record for Ross Ponder and Sarah Ponder, Individually and as next Friend of H.P., L.P. and R.P., Minors.

2. Good cause exists for this withdrawal because there has been a breakdown in the attorney-client relationship and Sarah and Ross Ponder have terminated their relationship with Amy Welborn and Welborn Law. Sarah and Ross Ponder have stated that they desire to represent themselves pro se.

3. Rose Hargrave and CM Law had been providing only general counsel advice and cannot continue to do so when Plaintiffs become pro se. Rose Hargrave and CM Law request

that the Court enter an order permitting them to withdraw as attorney for Ross Ponder

and Sarah Ponder, Individually and as next Friend of H.P., L.P. and R.P., Minors.

4.  This motion is not sought for delay, and the withdrawal of counsel will not cause any

prejudice to the parties or the progress of this case.

## II. CLIENT NOTIFICATION

4.  Counsel has provided written notice to Ross Ponder and Sarah Ponder of Counsel's intent

to withdraw and has provided the client with a copy of this motion.

5.  The client's last known contact information is:

**Phone:** Ross Ponder- 512-461-6888
**Phone:** Sarah Ponder- 713-553-1852
**Email:**  Ross Ponder- rossponder@gmail.com
**Email:**  Sarah Ponder- sarahprattponder@gmail.com

The client has been notified that an Order Dismissing as Moot the Agreed Motion to

Amend Complaint Fourth Answer; Granting Amended Motion to Amended Complaint

Fourth/Fifth Amended Complaint; and Report and Recommendations re Motion to Remand to

State Court was entered on April 22, 2026. The Court has not yet reduced to writing an Order on

the Motion to Remand.  There are no pending hearings or trial settings.

6.  Opposing Counsel has been advised and she is unopposed to this Motion.

7.  This Motion is not sought for delay but so that justice may be done.

## III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Amy Welborn and Rose Hargrave respectfully

request that the Court grant this Motion to Withdraw as Counsel for Sarah Ponder and Ross

Ponder, Individually and as Next Friend of HP, LP, RP, Minors.  and for such other and further relief to which Counsel may be entitled.

Respectfully submitted,

**WELBORN LAW LLC**
1100 West Ave.
Austin, Texas 78701
Telephone:  (512) 825-3390

By:     */s/ Amy C. Welborn*
        Amy C. Welborn
        State Bar No.  24012853
        amy@welborn-law.com

**CM LAW**
13101 Preston Rd., Ste 110
Dallas, TX 75240
Telephone: 512-568-1666

By:     */s/ Rose Hargrave*
        Rose Hargrave
        State Bar No. 24062653
        rhargrave@cm.law

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 26, 2026, I conferred with opposing counsel, Elizabeth Angelone, regarding the merits of this motion. Counsel does not oppose this motion.

*/s/ Amy Welborn*
Amy Welborn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has on counsel for all parties via the electronic service of the CMECF efile system.

Chris Schultz
Elizabeth Angelone
Randee Hobbs
SCHULMAN, LOPEZ, HOFFER, & ADELSTEIN LLP
9011 Mountain Ridge Dr. #210
Austin, TX 78759
cschulz@slh-law.com
eangelone@slh-law.com
rhobbs@slh-law.com

*/s/ Amy Welborn*
Amy Welborn