# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| ROSS PONDER AND SARAH PONDER, | § | |
| INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., | § | |
| L.P., and R.P., MINORS, | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:25-cv- |
| AUSTIN MONTESSORI SCHOOL, INC.; | § | 02020 ADA-SH |
| RONALD GRAE BAKER, INDIVIDUALLY; | § | |
| and JINNY GONZALEZ, INDIVIDUALLY, | § | |
| Defendants. | § | |

## PROPOSED ORDER ON AMY WELBORN,  WELBORN LAW,  AND ROSE HARGRAVE, CM LAW'S  MOTION TO WITHDRAW AS COUNSEL

Before the Court is Amy Welborn, Welborn Law and Rose Hargrave, CM Law's Motion to

Withdraw as Counsel filed by Amy Welborn and Rose Hargrave. Having considered the Motion,

the Court is of the opinion that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Amy Welborn and Rose Hargrave and the law firms of

Welborn Law LLC and CM Law are hereby withdrawn as counsel of record for Ross Ponder and

Sarah Ponder, Individually and as Next Friend of H.P., L.P., and R.P. in the above-captioned

matter.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate Amy Welborn as

counsel of record and cease all further CM/ECF notifications to said attorney in this case.

**IT IS FURTHER ORDERED** that:

**Future Service:** All further notices, pleadings, and orders shall be served upon Ross Ponder and Sarah Ponder via email at the following last known email:

> **Phone:** Ross Ponder- 512-461-6888
> **Phone:** Sarah Ponder- 713-553-1852
> **Email:** Ross Ponder- rossponder@gmail.com
> **Email:** Sarah Ponder- sarahprattponder@gmail.com

**Deadlines:** All currently scheduled deadlines shall remain in effect.

**IT IS SO ORDERED.**

**SIGNED** this _____ day of _____, 2026.

_____
**UNITED STATES JUDGE**

**AGREEMENT TAS TO SUBSTANCE AND FORM:**

_Ross Ponder_
ROSS PONDER

_Sarah J. Ponder_
SARAH PONDER