**FILED**

May 14, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CC _____

DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| ROSS PONDER and SARAH PONDER, INDIVIDUALLY, and AS NEXT FRIEND of H.P., L.P., and R.P., MINORS, | § § § § § | |
| *PLAINTIFFS,* | § § § | |
| V. | § § | NO. 1:25-CV-02020-ADA-SH |
| AUSTIN MONTESSORI SCHOOL, INC., RONALD GRAE BAKER, and JINNY GONZALEZ, | § § § § § § | |
| *DEFENDANTS.* | § § | |

### PLAINTIFFS' NOTICE OF COMPLETION OF BRIEFING ON
### DEFENDANTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION

Plaintiffs respectfully notify the Court that briefing on Defendants' Objections to the Report and Recommendation is complete. See Dkts. 22, 26, and 27. The matter is fully submitted and ready for the Court's decision. Plaintiffs are proceeding pro se.

Plaintiffs respectfully request that the Court act at its earliest opportunity. H.P., L.P., and R.P. were ages 3, 5, and 6 when expelled from Austin Montessori School on January 31, 2025. They are now 5, 6, and 8. Early childhood development does not wait for litigation to resolve. The longer this case remains in federal court, the harder it becomes to undo the harm at issue. Defendants removed this case to federal court twice — in April 2025 and again in December 2025 — on both occasions without prior conference with Plaintiffs, causing over thirteen months

of delay from the original March 2025 state-court filing. The jurisdictional question is fully briefed and ready for decision.

Respectfully submitted,

/s/ Ross Ponder
Ross Ponder
Pro Se Plaintiff
1030 Sunflower Trail
Sunset Valley, Texas 78745
Telephone: (512) 461-6888
Email: rossponder@gmail.com

/s/ Sarah Ponder
Sarah Ponder
Pro Se Plaintiff
1030 Sunflower Trail
Sunset Valley, Texas 78745
Telephone: (713) 553-1852
Email: sarahprattponder@gmail.com

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026, I submitted the foregoing document for filing through the Court's Electronic Submission for Pro Se Filers portal. I further certify that on May 14, 2026, I served a true and correct copy of the foregoing document on counsel of record for Defendants by email at the email addresses below:

Christopher Schulz — cschulz@slh-law.com

Elizabeth Angelone — eangelone@slh-law.com

/s/ Ross Ponder
Ross Ponder

/s/ Sarah Ponder
Sarah Ponder