**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROSS PONDER and SARAH PONDER, INDIVIDUALLY, and AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,** *Plaintiff,* | § § § § § § | **1:25-CV-2020-ADA-SH** |
| *v.* | § § § | |
| **AUSTIN MONTESSORI SCHOOL, INC., RONALD GRAE BAKER, and JINNY GONZALEZ,** *Defendant.* | § § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 22. Judge Hightower recommends that this Court **GRANT** Plaintiffs' Motion to Remand (Dkt. 16) for lack of subject matter jurisdiction. *Id.* at 7. The report was filed on April 21, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants filed objections on May 4, 2026. Dkt. 26. Plaintiffs filed a Response on May 11, 2026. Dkt. 27. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 22), Defendants' objections (Dkt. 26), Plaintiffs' Response (Dkt. 27), and the applicable facts

and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Objections (Dkt. 26) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Remand (Dkt. 16) is hereby **GRANTED** for lack of subject matter jurisdiction. This matter is hereby **REMANDED** to the 345th Judicial District Court, Travis County, Texas.

All other pending motions are hereby **DENIED** as **MOOT.**

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE