CASE #: 1:25-cv-02020-ADA

Mailed dkt. 29 to:

345th Judicial District Court, Travis County, Texas

1700 Guadalupe, 10th Floor

Austin, TX 78701

FILED

MAY 26 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CC
DEPUTY